

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-14-00017-CV

Cynthia Ann **TURNER**,
Appellant

v.

Troy Adam **TURNER**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2012CVG-002200-C1
Honorable Alvino (Ben) Morales, Judge Presiding

## O R D E R

The clerk's record was due January 8, 2014, but it was not filed. On January 17, the Webb County District Clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order appellant Cynthia Ann Turner to provide written proof to this court on or before **January 31, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_____
Keith E. Hottle
Clerk of Court